UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ERNEST ROBINSON,

                                   Plaintiff,

        -against-                            **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK AND SEVERAL      07 Civ. 4706 (RMB)
UNIDENTIFIED POLICE OFFICERS ASSIGNED
TO THE 25TH PRECINCT,

                                 Defendants.

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       August 30, 2007

                                               MICHAEL A. CARDOZO
                                               Corporation Counsel of
                                               the City of New York
                                               Attorney for Defendant City of New York
                                               100 Church St.
                                               New York, New York 10007
                                               (212) 788-0963
                                               Fax: (212) 788-9776

                                               By: __/s/_____
                                                     Susan Halatyn (SH5563)
                                                     Senior Counsel
                                                     Special Federal Litigation Division

TO: The Clerk of Court (By ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

cc: Jeffrey Pollack, Esq. (By ECF)
Tracie A. Sundack & Associates, LLC
Attorneys for Plaintiff
19 Court Street, 3rd Floor
White Plains, New York 10601