UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Ernest Robinson,

v.

                                                            Case Management Plan
                                                            07 CV. 4706 (RMB)

City of New York, et al.
------------------------------------------------------X

i. Joinder of additional parties: Second Amended Complaint to be filed by conference date.

ii. Amend the pleadings by date of the 16(b) conference. All defendants to respond 45 days after service of the Second Amended Complaint upon the last served defendant.

iii. All fact discovery to be **expeditiously** completed by March 1, 2008. ~~Expert discovery, if necessary, to follow fact discovery.~~ FACT + EXPERT

iv. Consent to Proceed before Magistrate Judge is not given at this time.

v. Status of settlement discussions: awaiting Plaintiff's demand. 3/4/08 with principals @ 9:30

**Sections vi through xi will be set at conference with the Court.**

vi. Motions: Defendants to move for summary judgment if the parties cannot agree to dismiss certain claims. See Court's rules re: MOTIONS

vii. Oral Argument _____

viii. Joint Pre-Trial order to be submitted by _____

ix. Final Pre-trial Conference _____

x. Trial _____

xi. Other: (1) Electronic discovery, if any, to be done in paper form.

        (2) Plaintiff's Second Amended Complaint to be filed and served.

SO ORDERED:   New York, New York
                      11/14/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-07

_____
Hon. Richard M. Berman, U.S.D.J.