USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/21/08




| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JONATHAN J. ANASTASIA<br>*Legal Intern*<br>Tel. (212)788-1194<br>Fax (212) 788-9776<br>janastas@law.nyc.gov |

# MEMO ENDORSED

February 20, 2008

**VIA Hand**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Ernest Robinson v. The City of New York, et al.</u>, 07-Civ-4706 (RMB)

Your Honor:

      I am a legal intern in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City, Tobon, and Orange. The parties jointly request a 90 day extension of discovery because the parties are attempting to settle this case. We have been in engaging in paper discovery, but no depositions have been taken. Plaintiff is still incarcerated at this time. Because the parties hope that the settlement negotiations will be successful, we would like to adjourn the settlement conference of March 4, 2008, without date, with the parties requesting a settlement conference if it would be useful. This is the parties' first request for an extension of the discovery deadline.

Thank you for consideration in this matter.



*Conference adjourned to 6/23/08 @ 11:30 + extension granted.*

Respectfully submitted,

Jonathan J. Anastasia
Legal Intern
    Pursuant to Law Student
    Intern Appearance Order

SO ORDERED:
Date: 2/21/08
Richard M. Berman, U.S.D.J.

cc: Jeffrey Pollack (by fax)