UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERNEST ROBINSON,

                             Plaintiff,          07 Civ. 4706 (RMB)

          -against-                   **ORDER OF DISCONTINUANCE**

THE CITY OF NEW YORK, et al.,

                           Defendants.
------------------------------------------------------------X

     Based on Plaintiff having indicated in a letter dated March 7, 2008 that the parties have reached a settlement in principle, it is hereby

     **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, Plaintiff or Defendants may apply by letter showing good cause why this action should be restored to the calendar of the undersigned. The parties are directed to file executed settlement documents forthwith.

     The conference scheduled for 11:30 a.m. on Monday, June 23, 2008 is vacated.

**SO ORDERED**.

Dated: New York, New York
        March 12, 2008

                                                          **Richard M. Berman, U.S.D.J.**