



**MICHAEL A. CARDOZO**
*Corporation Counsel*

### THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**SUSAN M. HALATYN**
*Senior Counsel*
phone: (212) 788-1194
fax: (212) 788-9776
email: shalatyn@law.nyc.gov

April 23, 2008

**BY FIRST CLASS MAIL**
Honorable Richard Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Ernest Robinson v. The City of New York, et al.,* 07-Civ-4706 (RMB)

Your Honor:

Attached please find the Stipulation and Order of Settlement and Dismissal in the above-referenced matter for your endorsement and filing.

Respectfully Submitted,

Susan M. Halatyn
Senior Counsel

Moya O'Connor
Jonathan Anastasia
Legal Interns
Pursuant to Student Appearance Order

cc:    Jeffrey Pollack, Esq. (Via Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

ERNEST ROBINSON,

                              Plaintiff,

                -against-

THE CITY OF NEW YORK, POLICE OFFICER
WILLIAM ORANGE, SHIELD NUMBER 17048 AND
POLICE OFFICER JORGE TOBON, SHIELD NUMBER
29637,

                             Defendants.

---------------------------------------------------------------------- x

**STIPULATION AND ORDER
OF SETTLEMENT AND
DISMISSAL**

07 Civ. 4706 (RMB)

       **WHEREAS,** plaintiff Ernest Robinson commenced this action by filing a complaint on or about August 14, 2007, alleging that defendants violated his constitutional rights; and

       **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

       **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms set forth below;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

           1.     The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees except as provided for in paragraph "2" below.

2.    The City of New York hereby agrees to pay plaintiff the sum of **One Thousand Five Hundred ($1,500.00) Dollars** in full satisfaction of all claims, inclusive of claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against the defendants, and to release the defendants and any present or former employees or agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in this action, including claims for costs, expenses and attorney fees.

3.    Plaintiff shall execute and deliver to defendant City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release and An Affidavit of No Liens based on the terms of paragraph 2 above.

4.    Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6.      This Stipulation and Order contains all the terms and conditions agreed

upon by the parties hereto, and no oral agreement entered into at any time

nor any written agreement entered into prior to the execution of this

Stipulation and Order regarding the subject matter of the instant

proceeding shall be deemed to exist, or to bind the parties hereto, or to

vary the terms and conditions contained herein.

Dated: New York, New York
March 6, 2008


Jeffrey Pollack, Esq.                          MICHAEL A. CARDOZO
Tracie Sundack & Associates, L.L.C.            Corporation Counsel of the City of New York
Attorney for Plaintiff                         Attorney for Defendants City of New York,
19 Court Street, 3rd Floor                     Police Officer William Orange, and Police
White Plains, NY 10601                         Officer Jorge Tobon
                                               100 Church Street
                                               New York, New York  10007
                                               (212) 788-1194

By: _____                     By: _____
    Jeffrey Pollack                                 Susan M. Halatyn
    Attorney for Plaintiff                          Senior Counsel



**SO ORDERED:**

_RMB_____
United States District Judge
4/25/08